DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL C. GIFFARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0024

————————————————

December 5, 2025

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.